UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: CHUCK McCUNE and
CHUTHAMARD McCUNE,

    Debtors.

No. 20-12326-j7

ROBERT PIDCOCK, as Personal Representative
of the Estate of Thomas Kuehn,

    Plaintiff,

v.

CHUCK McCUNE and
CHUTHAMARD McCUNE,

    Defendants.

Adversary No. 21-1013-j

## ORDER SETTING INITIAL PRETRIAL CONFERENCE

On April 25, 2025, the Court held a status conference in this adversary proceeding. Mr. Pidcock appeared by telephone and Defendant Chuck McCune, pro se, appeared in the courtroom. Defendant Chuthamard McCune did not appear. In accordance with the Court's rulings at the status conference,

    IT IS HEREBY ORDERED:

An initial pretrial conference is set for **July 18, 2025, at 1:30 p.m.** before the Honorable Robert H. Jacobvitz in the Jemez Courtroom, 3rd Floor, Pete V. Domenici United States Courthouse, 333 Lomas Blvd. NW, Albuquerque, New Mexico. Parties and/or counsel may appear by telephone by calling the Court's conference line:
        Phone #: 1-833-568-8864
        Meeting ID:  160 7012 0859
        Press #  to bypass participant ID
        Passcode:  663667

The initial pretrial conference is set on a trailing docket at the same time as a status conference regarding a Motion for Equitable Lien on Debtors' Homestead filed by Robert Pidcock, as Personal Representative for the Estate of Thomas Kuehn in Bankruptcy Case 20-12326.

At the initial pretrial conference, the Court will set deadlines for preparation of a pretrial order and set a final pretrial conference, if appropriate. As stated at the status conference on April 25, 2025, the Court will hold an evidentiary hearing on the Motion for Equitable Lien (filed in the Bankruptcy Case 20-12326 – Doc. 400) before the trial in this adversary proceeding. Evidence

admitted at that evidentiary hearing will be deemed admitted at trial in the adversary proceeding to the extent it is relevant to the issues presented in the adversary proceeding.

_____
ROBERT H. JACOBVITZ
United States Bankruptcy Judge

Date entered on docket: May 2, 2025

COPY TO:

<u>Plaintiff</u>
Robert L. Pidcock, as Personal Representative
of the Estate of Thomas W. Kuehn
501 Wyoming Blvd. SE
Albuquerque, NM 87123

<u>Defendants</u>
Chuck McCune
2139 Don Andres Pl SW
Albuquerque, NM 87105

Chuthamard McCune
2139 Don Andres Pl SW
Albuquerque, NM 87105